UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CATHERINE,<br><br>                Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK N.A.,<br><br>                Defendant. | No. 2:19-cv-1487 JAM DB PS<br><br><br>ORDER |

Plaintiff Donald Catherine is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 27, 2020, the undersigned issued findings and recommendations recommending that this action be dismissed. (ECF No. 17.) On May 11, 2020, plaintiff filed a request for a twenty-one-day extension of time to file objections to those findings and recommendations. (ECF No. 18.) Good cause appearing, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 11, 2020 request for an extension of time (ECF No. 18) is granted; and

2. Plaintiff's shall file objections on or before June 19, 2020.

DATED: May 15, 2020                    /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

1