Christopher J. Fry, Esq. (SBN: 298874)
  Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Plaintiff,
**DONALD CATHERINE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DONALD CATHERINE,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK N.A.,<br><br>        Defendant. | **CASE NO.:** 2:19-cv-01487-JAM-DB<br><br>**ORDER GRANTING PLAINTIFF'S CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>[Complaint Filed: August 2, 2019] |

**[PROPOSED] ORDER**

1  The Court has considered Plaintiff DONALD CATHERINE's Consent Order
2  Granting Substitution of Attorney, substituting Christopher J. Fry as counsel of record in
3  place of Donald Catherine in Pro Per, and hereby does APPROVE Plaintiff's Consent
4  Order Granting Substitution of Attorney.
5
6  **IT IS SO ORDERED.**
7
8  Dated:  June 19, 2020            /s/ John A. Mendez_____
                                   United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28


**CERTIFICATE OF SERVICE**
**UNITED STATES DISTRICT COURT**

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is: 980 9th Street, 16th Floor, Sacramento, California 95814.

On June 19, 2020, I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Said document(s) were served on all interested parties in this action by placing [ ] the original (or) [X] a true copy thereof for service as follows:

**Attorneys for Defendant WELLS FARGO BANK N.A.:**

Michael Rapkine
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP
301 N. Lake Ave.
Suite 1100
Pasadena, CA 91101-4158
Phone: (626) 535-1900
Fax: (626) 577-7764
Email: mrapkine@afrct.com

[X] BY EMAIL: I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the listed CM/ECF registrants.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct. Executed on June 19, 2020, at Sacramento, California.

*/s/ Christopher J. Fry*
Christopher J. Fry