UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CATHERINE, | No. 2:19-cv-1487 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK N.A., | |
| Defendant. | |

Plaintiff Donald Catherine was proceeding in this action pro se. Accordingly, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). However, on June 22, 2020, attorney Christopher J. Fry substituted in on behalf of the plaintiff. (ECF No. 23.)

Because plaintiff is no longer proceeding pro se in this action, Local Rule 302(c)(21) no longer applies and the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:19-cv-1487 JAM DB with the "PS" designation being eliminated.

DATED: June 23, 2020                    /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE