UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DONALD CATHERINE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CASE NO.: 2:19-CV-01487-JAM-DB<br><br>**ORDER ADOPTING THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE** |

    On April 27, 2020, the Magistrate Judge issued findings and recommendations to grant defendant Wells Fargo's motion to dismiss the First Amended Complaint in full, without leave to amend. (Doc. 17.)

    Rather than filing objections to the findings and recommendations, plaintiff retained counsel and filed a motion for leave to file a Second Amended Complaint on June 19, 2020. (Doc. 22.) Opposition and reply papers were filed with respect to this motion, and the Court took the matter under submission. On September 9, 2020, the Court issued an order denying plaintiff's motion for leave to file a Second Amended Complaint. (Doc. 31.)

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The findings and recommendations issued by the Magistrate Judge (Doc. 17) are ADOPTED IN FULL;

2. Defendant Wells Fargo's motion to dismiss each claim in the First Amended Complaint is GRANTED WITHOUT LEAVE TO AMEND;

3. Each claim in plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE;

4. The Clerk of the Court is directed to CLOSE this case.

**IT IS SO ORDERED.**

Dated:  9/11/2020                         /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin Flewelling & Rasmussen LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER ADOPTING THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Attorneys for Plaintiff*

Christopher J. Fry, Esq.
FRY LAW CORPORATION
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256
Email: cfry@frylawcorp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **September 10, 2020.**

| Marianne Mantoen | /s/ Marianne Mantoen |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |