UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DONALD CATHERINE,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | CASE NO.: 2:19-CV-01487-JAM-DB<br><br>**JUDGMENT OF DISMISSAL** |

This action came before the Court.  The issues have been tried, heard or decided by the Court, and thus:

IT IS ORDERED AND DECREED that judgment is hereby entered in favor of defendant Wells Fargo Bank, N.A., in accordance with the Court's order issued on September 11, 2020.

Dated:  September 11, 2020            /s/ John A. Mendez_____
                                      THE HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE